# Court of Appeals of the State of Georgia

ATLANTA, December 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0249. KHADLIAH SOLOMON v. BAF3, LLC.**

On December 9, 2025, Khadliah Solomon filed this application for discretionary review of the state court's November 13, 2025 writ of possession in favor of BAF3, LLC. We lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The instant application is untimely because it was filed 26 days after entry of the writ of possession. Thus, we lack jurisdiction over the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/19/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*